AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

ANITA ARANDA and
GINA BROCK,

       Plaintiff,

V.

RENOWN SOUTH MEADOWS
MEDICAL CENTER,

       Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   3:09-CV-00660-RCJ-RAM

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment (#25) is **GRANTED** in its entirety.

   July 26, 2011                                    **LANCE S. WILSON**
                                                                          Clerk


                                                           /s/ D. R. Morgan
                                                              Deputy Clerk